**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| THOMAS RABER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 2:25-CV-548-PPS-AZ |
| ) | |
| ) | |
| PURDUE UNIVERISTY and THE TRUSTEES ) | |
| OF PURDUE UNIVERISTY, ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Defendants Purdue University and the Trustees of Purdue University, incorrectly

named in the original complaint as the Board of Trustees of Purdue University and

Purdue University, on February 23, 2026, filed a motion to dismiss [DE 12] Plaintiff

Thomas Raber's complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Raber subsequently amended his complaint pursuant to Rule 15(a)(1)(B) on March 23.

[DE 18.] Given the filing of the Raber's First Amended Complaint, and as requested by

Defendants in their Reply [DE 20], I hereby **DENY AS MOOT** Defendants' motion to

dismiss [DE 12].

**SO ORDERED**.

ENTERED:  April 8, 2026.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT